UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN DAVENPORT,
ADC #132353                                                                           PLAINTIFF

V.                                    5:17CV00229 JM/JTR

CRABLIM, Nurse,
Tucker Unit, ADC, et al.                                                            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Davenport may proceed with his inadequate medical care claim against Crablim and Cunningham in their individual capacities only.

2. The Clerk is directed to prepare a summons for Crablim and Cunningham at the Humphries, Odum, & Eubanks law firm. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this Order on them without prepayment of fees and costs or security therefor. If either Crablim or Cunningham is no longer a CCS employee, the Humphries, Odum & Eubanks law firm must file a **sealed** statement providing the unserved defendant's last known private mailing address.

3. All other claims and defendants are dismissed without prejudice.

4. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 12th day of December, 2017.

                                                                                                                       _____
                                                                                                                       UNITED STATES DISTRICT JUDGE